# Western District of Oklahoma
# Claims Register

### 02-20836 Harry Lee Butler and Berdina Jane Butler  Closed 02/06/2009

| | | |
|---|---|---|
| **Judge:** Sarah A. Hall | | **Chapter:** 7 |
| **Office:** Oklahoma City | | **Last Date to file claims:** |
| **Trustee:** Susan J. Manchester | | **Last Date to file (Govt):** |

| Creditor: (4019598) History<br>First Fidelity Bank<br>PO Box 32282<br>Oklahoma City OK 73123 | **Claim No: 1**<br>*Original Filed Date*: 02/19/2007<br>*Original Entered Date*: 02/19/2007 | *Status:* Withdraw 59<br>*Filed by:* AT<br>*Entered by:*<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $1776.79 |
|---|---|---|
| Unsecured | claimed: | $1776.79 |

*History:*

| Details | 1-1 | 02/19/2007 | Claim #1 filed by First Fidelity Bank, Amount claimed: $1776.79 |
|---|---|---|---|
| | 59 | 10/22/2008 | Withdrawal of Claim(s): 1 with Certificate of Service Filed by Pat Brown of Michael L Loyd & Associates on behalf of First Fidelity Bank (Brown, Pat) Status: Withdraw |

*Description:*
*Remarks:*

| Creditor: (4019601)<br>Mercy Health System<br>4300 W Memorial Road<br>Oklahoma City OK 73120 | **Claim No: 2**<br>*Original Filed Date*: 03/05/2007<br>*Original Entered Date*: 03/06/2007 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ca kkin<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $311.14 |
|---|---|---|
| Unknown | claimed: | $311.14 |

*History:*

| Details | 2-1 | 03/05/2007 | Claim #2 filed by Mercy Health System, Amount claimed: $311.14 (kkin, ca ) |
|---|---|---|---|

*Description:*
*Remarks:*

| Creditor: (4040961)<br>Hyundai Motor Finance Company | **Claim No: 3**<br>*Original Filed Date*: 04/03/2007 | *Status:*<br>*Filed by:* CR |
|---|---|---|

*History:*

| Details | 3-1 | 04/03/2007 | Claim #3 filed by Hyundai Motor Finance Company, Amount claimed: $10197.80 (Acuna, Stephanie ) |
|---|---|---|---|

*Description:* (3-1) 2002 HYUNDAI ACCENT KMHCG45C92U277742
*Remarks:*

EXHIBIT
UST "A"

| PO Box 20809<br>Fountain Valley, CA 92728 | *Original Entered Date*: 04/03/2007 | *Entered by:* Stephanie Acuna<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $10197.80 |
|---|---|---|
| Secured | claimed: | $0.00 |
| Priority | claimed: | $0.00 |
| Unsecured | claimed: | $10197.80 |

*History:*

| Details | 3-1 | 04/03/2007 | Claim #3 filed by Hyundai Motor Finance Company, Amount claimed: $10197.80 (Acuna, Stephanie ) |
|---|---|---|---|

*Description:* (3-1) 2002 HYUNDAI ACCENT KMHCG45C92U277742
*Remarks:*

| *Creditor:* (4019598)   History<br>First Fidelity Bank<br>PO Box 32282<br>Oklahoma City OK 73123 | **Claim No: 4**<br>*Original Filed Date*: 04/10/2007<br>*Original Entered Date*: 04/10/2007 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Richard S. Winblad<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $2438.45 |
|---|---|---|
| Unsecured | claimed: | $2438.45 |

*History:*

| Details | 4-1 | 04/10/2007 | Claim #4 filed by First Fidelity Bank, Amount claimed: $2438.45 (Winblad, Richard ) |
|---|---|---|---|

*Description:*
*Remarks:*

| *Creditor:* (4114175)<br>FIA Card Services<br>1000 Samset Dr<br>Newark DE 19713 | **Claim No: 5**<br>*Original Filed Date*: 09/17/2007<br>*Original Entered Date*: 09/18/2007 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ca kkin<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $812.46 |
|---|---|---|
| Unsecured | claimed: | $812.46 |

*History:*

| Details | 5-1 | 09/17/2007 | Claim #5 filed by FIA Card Services, Amount claimed: $812.46 (kkin, ca ) |
|---|---|---|---|

*Description:*
*Remarks:*

## Claims Register Summary

**Case Name:** Harry Lee Butler and Berdina Jane Butler
**Case Number:** 02-20836
**Chapter:** 7
**Date Filed:** 10/29/2002
**Total Number Of Claims:** 5

| Total Amount Claimed* | $15536.64 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| Secured | $0.00 | |
| Priority | $0.00 | |
| Administrative | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/22/2015 12:18:41 | | | |
| PACER Login: | du0797 | Client Code: | |
| Description: | Claims Register | Search Criteria: | 02-20836 Filed or Entered From: 1/1/1900 Filed or Entered To: 6/22/2015 |
| Billable Pages: | 1 | Cost: | 0.10 |