FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

| Case No: | 02-20836   SAH   Judge: Sarah A. Hall | Trustee Name: | SUSAN MANCHESTER |
|---|---|---|---|
| Case Name: | BUTLER, HARRY LEE | Date Filed (f) or Converted (c): | 10/29/02 (f) |
| | BUTLER, BERDINA JANE | 341(a) Meeting Date: | 12/12/02 |
| For Period Ending: 06/22/15 | | Claims Bar Date: | 05/09/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY | 33,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH ON HAND   CASH | 10.00 | 0.00 | | 0.00 | FA |
| 3. BANK ACCOUNTS   AMERICAN BANK CHECKING ACCOUNT | 20.00 | 0.00 | | 0.00 | FA |
| 4. SECURITY DEPOSITS   RUAL WATER DEPOSIT | 515.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL   WEARING APPAREL FOR 3 PEOPLE | 300.00 | 0.00 | | 0.00 | FA |
| 6. FURS AND JEWELRY   LADIES MISC. COSTUME JEWELRY, LADIES WATCH, LADIES WEDDING RING. | 35.00 | 0.00 | | 0.00 | FA |
| 7. FURS AND JEWELRY   MEN'S WATCH AND MEN'S WEDDING RING. | 15.00 | 0.00 | | 0.00 | FA |
| 8. FIREARMS AND HOBBY EQUIPMENT   PELLET GUN | 5.00 | 0.00 | | 0.00 | FA |
| 9. INTERESTS IN INSURANCE POLICIES   ALLSTATE LIFE INSURANCE POLICY, HARRY BUTLER BENEFICIARY | 0.00 | 0.00 | | 0.00 | FA |
| 10. INTERESTS IN INSURANCE POLICIES   SHELTER LIFE INSURANCE POLICY, BERDINA BUTLER BENEFICIARY | 0.00 | 0.00 | | 0.00 | FA |
| 11. AUTOMOBILES AND OTHER VEHICLES   1998 FORD TAURUS | 10,000.00 | 0.00 | | 0.00 | FA |
| 12. AUTOMOBILES AND OTHER VEHICLES   2002 HYUNDAI ACCENT GL | 8,500.00 | 0.00 | | 0.00 | FA |
| 13. LAW SUITS (u)   FEN-PHEN LAWSUIT | 0.00 | 80,519.10 | | 80,519.10 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 627.47 | FA |
| TOTALS (Excluding Unknown Values) | $52,400.00 | $80,519.10 | | $81,146.57 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

September 15, 2006, 02:47 pm - TRUSTEE TO COLLECT DEBTORS' FEN-PHEN LAWSUIT SETTLEMENT.
October 18, 2006, 09:49 am - TRUSTEE TO CHECK STATUS OF SETTLEMENT.
November 09, 2006, 01:42 pm - TRUSTEE TO CHECK STATUS OF SETTLEMENT.
December 18, 2006, 02:44 pm - TRUSTEE TO CHECK STATUS OF SETTLEMENT.
January 10, 2007, 01:37 pm - TRUSTEE TO CHECK STATUS OF SETTLEMENT.
January 30, 2007, 01:11 pm - TRUSTEE HAS RECEIVED NO WORD FROM THE ATTORNEYS HANDLING THE FEN-PHEN LAWSUIT. PROOF OF CLAIM BAR DATE IS MAY 1, 2007.
March 02, 2007, 09:23 am - TRUSTEE HAS CONTACTED THE SPECIAL COUNSEL REGARDING THE DISBURSEMENT OF


EXHIBIT UST "B"

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

| | |
|---|---|
| Case No: 02-20836  SAH  Judge: Sarah A. Hall | Trustee Name: SUSAN MANCHESTER |
| Case Name: BUTLER, HARRY LEE | Date Filed (f) or Converted (c): 10/29/02 (f) |
| BUTLER, BERDINA JANE | 341(a) Meeting Date: 12/12/02 |
| | Claims Bar Date: 05/09/07 |

FUNDS. COUNSEL SENT THE CHECK TO THE DEBTOR FOR HER SIGNATURE AND THEN WILL DISBURSE THE FUNDS TO THE TRUSTEE.

March 21, 2007, 01:56 pm -SPECIAL COUNSEL CALLED AND THEY ARE GOING TO SEND US THE FUNDS, BUT THEY WILL BE KEEPING $10,000.00 FOR THE MEDICARE LIEN. IF THAT AMOUNT IS MORE THAN THE LIEN, THEN THEY WILL SEND THE TRUSTEE THE REMAINING AMOUNT.

April 03, 2007, 01:03 pm -NET SETTLEMENT FUNDS TO TRUSTEE AFTER ATTORNEY FEES WILL BE $37,306.28. SPECIAL COUNSEL SENT A LETTER WITH THE FUNDS STATING THAT ESTIMATED FINAL SETTLEMENT VALUE WAS $198,798.00 AND THEY RECEIVED 40% INTERIM DISTRIBUTION OF $79,519.10 FROM THE SEVENTH FUND ADMINISTRATIOR. THEY KEPT OUT THE MEDICARE LIEN OF $10,000.00 PLUS SOME EXPENSES IN THE AMOUNT OF $405.18.

April 11, 2007, 01:45 pm -TRUSTEE HIRED JOHN PAGE TO PREPARE ESTATE TAX RETURNS.

April 19, 2007, 12:26 pm -TRUSTEE HAS RECEIVED THE FUNDS. TRUSTEE HAS CONTACTED THE CREDITORS ASKING THEM TO FILE A PROOF OF CLAIM.

May 14, 2007, 03:27 pm -ATTORNEY FEE TO BE FILED.

June 06, 2007, 12:29 pm -Eric Krebs of Petroff & Associates will no longer be handling the Butler case. The case has been transferred to Kip Petroff.

June 21, 2007, 03:40 pm -THE TRUSTEE FEE HAS BEEN FILED. TRUSTEE NEEDS ATTORNEY TIME TO FILE ATTORNEY FEE APP.

July 20, 2007, 12:05 pm -ATTORNEY FEE FILED.

August 10, 2007, 02:44 pm -TFR TO BE FILED.

September 11, 2007, 10:45 am -TRUSTEE IS TRYING TO GET MORE CLAIMS FILED.

October 02, 2007, 10:35 am -ACCOUNTANT IS PREPARING TAX RETURNS FOR THE ESTATE.

October 23, 2007, 09:45 am - TAX RETURN IS COMPLETED. WAITING ON THE ORDER ALLOWING ACCOUNTANT TO BE PAID.

November 06, 2007, 09:57 am -ACCOUNTANT HAS BEEN PAID.

November 20, 2007, 10:11 am FILE UP FOR TFR.

December 26, 2007, 11:34 am -TFR FILED. CHECKS TO BE CUT ON JANUARY 7, 2008.

December 27, 2007, 12:42 pm -TRUSTEE TO WITHDRAW THE FINAL REPORT TO BE REFILED AFTER PAYING ADMINISTRATIVE EXPENSES.

January 28, 2008, 02:57 pm FILE UP FOR AMENDED TFR.

February 06, 2008, 03:28 pm TRUSTEE HAS TAKEN THE FILE BACK SINCE THERE WILL BE MORE MONEY DISTRIBUTED FROM THE FEN-PHEN CASE.

February 15, 2008, 02:27 pm TRUSTEE SHOULD RECEIVE THE CHECK IN THE NEXT COUPLE OF WEEKS.

April 11, 2008, 02:05 pm TRUSTEE WAITING ON CHECK.

April 16, 2008, 11:38 am TRUSTEE SPOKE WITH SPECIAL COUNSEL; SETTLEMENT FUNDS SHOULD BE DISBURSED AROUND MID-MAY, 2008.

June 16, 2008, 03:05 pm ALL SETTLEMENT FUNDS RECEIVED; AMENDED TRUSTEE FEE FILED TODAY - HEARING DATE SET.

July 24, 2008, 03:44 pm FILE UP FOR TFR

August 27, 2008, 02:13 pm TFR FILED 8/18/08.

September 15, 2008, 02:42 pm CHECKS CUT TODAY.

10/02/08 BOTH DEBTORS HAVE PASSED AWAY; INFORMED BY DEBTOR'S SON, CHARLES BUTLER, THAT THEY HAVE NOT FILED A PROBATE OF PARENTS' ESTATE AND PROBABLY WILL NOT.

November 10, 2008, 03:44 pm SPOKE WITH U.S.T'S OFFICE TODAY - ADVISED TO PAY ALL MONIES INTO UNCLAIMED COURT FUNDS.

October 20, 2008, 02:58 pm INFORMED BY BANK TODAY THAT THEY FILED TWO PROOFS OF CLAIM FOR SAME CLAIM; THEY WILL RETURN ONE CHECK TO US FOR REDISTRIBUTION.

November 19, 2008, 09:55 am ALL MONIES PAID INTO UNCLAIMED FUNDS; WHEN CLEARED CAN PREPARE TDR.

December 16, 2008, 02:10 pm FILE UP FOR TDR.

December 22, 2008, 09:29 am TDR FILED TODAY.

Initial Projected Date of Final Report (TFR): 09/15/08    Current Projected Date of Final Report (TFR): 09/15/08

PFORM1                                                                                           Ver: 18.05

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 3

| | |
|---|---|
| Case No: | 02-20836   SAH   Judge: Sarah A. Hall |
| Case Name: | BUTLER, HARRY LEE |
| | BUTLER, BERDINA JANE |

| | |
|---|---|
| Trustee Name: | SUSAN MANCHESTER |
| Date Filed (f) or Converted (c): | 10/29/02 (f) |
| 341(a) Meeting Date: | 12/12/02 |
| Claims Bar Date: | 05/09/07 |

/s/   SUSAN MANCHESTER
_____   Date: 06/22/15
SUSAN MANCHESTER