# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 02-20836 -SAH | | Trustee Name: | SUSAN MANCHESTER |
|---|---|---|---|---|
| Case Name: | BUTLER, HARRY LEE | | Bank Name: | BANK OF AMERICA, N.A. |
| | BUTLER, BERDINA JANE | | Account Number / CD #: | *******4410 TIP Account |
| Taxpayer ID No: | *******1075 | | | |
| For Period Ending: | 06/22/15 | | Blanket Bond (per case limit): | $ 6,496,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 04/02/07 | 13 | PETROFF & ASSOCIATES, TRUST ACCOUNT | FEN-PHEN SETTLEMENT | | 1249-000 | 69,519.10 | | 69,519.10 |
| C 04/30/07 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | | 1270-000 | 74.28 | | 69,593.38 |
| C 05/31/07 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | | 1270-000 | 88.66 | | 69,682.04 |
| *C 06/06/07 | 000101 | INTERNATIONAL SURETIES, LTD. 210 BARONNE STREET SUITE 1700 NEW ORLEANS, LA 70112 | TRUSTEE BOND | | 2300-000 | | 80.13 | 69,601.91 |
| C 06/07/07 | 000102 | INTERNATIONAL SURETIES, LTD. 210 BARONNE STREET SUITE 1700 NEW ORLEANS, LA 70112 | TRUSTEE BOND | | 2300-000 | | 88.45 | 69,513.46 |
| *C 06/19/07 | 000101 | INTERNATIONAL SURETIES, LTD. 210 BARONNE STREET SUITE 1700 NEW ORLEANS, LA 70112 | TRUSTEE BOND | | 2300-000 | | -80.13 | 69,593.59 |
| C 06/29/07 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | | 1270-000 | 85.85 | | 69,679.44 |
| C 07/31/07 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | | 1270-000 | 88.77 | | 69,768.21 |
| C 08/08/07 | 000103 | SUSAN MANCHESTER 1100 N. SHARTEL OKLAHOMA CITY, OK 73103 | ATTORNEY FEES PER ORDER DATED AUGUST 2, 2007 | | | | 1,525.02 | 68,243.19 |
| | | | Fees | 1,491.00 | 3110-000 | | | 68,243.19 |
| | | | Expenses | 34.02 | 3120-000 | | | 68,243.19 |
| C 08/31/07 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.500 | | 1270-000 | 87.38 | | 68,330.57 |
| C 09/28/07 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.300 | | 1270-000 | 77.50 | | 68,408.07 |
| C 10/26/07 | 000104 | JOHN V. PAGE 4101 PERIMETER CENTER DRIVE, STE 125 OKLAHOMA CITY, OK 73112 | ACCOUNTANT FEES PER ORDER DATED OCTOBER 24, 2007 | | | | 421.07 | 67,987.00 |
| | | | Fees | 406.25 | 3410-000 | | | 67,987.00 |
| | | | Expenses | 14.82 | 3420-000 | | | 67,987.00 |
| C 10/31/07 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.300 | | 1270-000 | 75.51 | | 68,062.51 |
| C 11/20/07 | 14 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 1270-000 | 46.06 | | 68,108.57 |
| C 11/20/07 | | Transfer to Acct #*******6174 | Final Posting Transfer | | 9999-000 | | 68,108.57 | 0.00 |
| C 04/28/08 | | Transfer from Acct #*******6174 | | | 9999-000 | 14,397.83 | | 14,397.83 |
| C 04/30/08 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | | 1270-000 | 0.30 | | 14,398.13 |
| C 05/30/08 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | | 1270-000 | 1.82 | | 14,399.95 |
| C 06/04/08 | 13 | PETROFF & ASSOCIATES 3838 OAK LAWN, SUITE 1124 DALLAS, TX 75219 | SETTLEMENT OF LAWSUIT, FEN-PHEN | | 1249-000 | 11,000.00 | | 25,399.95 |
| C 06/16/08 | 14 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 1270-000 | 1.34 | | 25,401.29 |
| C 06/16/08 | | Transfer to Acct #*******6174 | Final Posting Transfer | | 9999-000 | | 25,401.29 | 0.00 |



EXHIBIT UST "C"

PFORM2T4

Ver: 18.05

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

| Case No: | 02-20836 -SAH | Trustee Name: | SUSAN MANCHESTER |
|---|---|---|---|
| Case Name: | BUTLER, HARRY LEE | Bank Name: | BANK OF AMERICA, N.A. |
| | BUTLER, BERDINA JANE | Account Number / CD #: | *******4410 TIP Account |
| Taxpayer ID No: | *******1075 | | |
| For Period Ending: | 06/22/15 | Blanket Bond (per case limit): | $ 6,496,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Account | | | | | |
|---|---|---|---|---|---|
| *******4410 | Balance Forward | 0.00 | 5 Checks | | 2,034.54 |
| | 2 Deposits | 80,519.10 | 0 Adjustments Out | | 0.00 |
| | 11 Interest Postings | 627.47 | 2 Transfers Out | | 93,509.86 |
| | Subtotal | $ 81,146.57 | Total | $ | 95,544.40 |
| | 0 Adjustments In | 0.00 | | | |
| | 1 Transfers In | 14,397.83 | | | |
| | Total | $ 95,544.40 | | | |

PFORM2T4

Ver: 18.05

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 02-20836 -SAH | Trustee Name: | SUSAN MANCHESTER |
|---|---|---|---|
| Case Name: | BUTLER, HARRY LEE / BUTLER, BERDINA JANE | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******1075 | Account Number / CD #: | *******6174 Checking - Non Interest |
| For Period Ending: | 06/22/15 | Blanket Bond (per case limit): | $ 6,496,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 11/20/07 | | Transfer from Acct #*******4410 | Transfer In From MMA Account | 9999-000 | 68,108.57 | | 68,108.57 |
| C 01/28/08 | 000101 | PETROFF & ASSOCIATES 3838 OAK LAWN AVE, STE 1124 DALLAS, TX 75219 | OTHER CH. 7 ADM. EXP. -MEDICAL LIEN PER ORDER DATED JANUARY 25, 2008 | 4220-000 | | 21,497.92 | 46,610.65 |
| C 01/28/08 | 000102 | PETROFF & ASSOCIATES 3838 OAK LAWN AVENUE, SUITE 1124 DALLAS, TX 75219 | ATTORNEY FEES PER ORDER DATED APRIL 30, 2007 | 3210-000 | | 32,212.82 | 14,397.83 |
| C 04/28/08 | | Transfer to Acct #*******4410 | | 9999-000 | | 14,397.83 | 0.00 |
| C 06/16/08 | | Transfer from Acct #*******4410 | Transfer In From MMA Account | 9999-000 | 25,401.29 | | 25,401.29 |
| C 09/15/08 | 000103 | SUSAN MANCHESTER 1100 N. SHARTEL OKLAHOMA CITY, OK 73103 | Chapter 7 Compensation/Fees | 2100-000 | | 7,260.77 | 18,140.52 |
| C 09/15/08 | 000104 | SUSAN MANCHESTER 1100 N. SHARTEL OKLAHOMA CITY, OK 73103 | Chapter 7 Expenses | 2200-000 | | 43.93 | 18,096.59 |
| C 09/15/08 | 000105 | US BANKRUPTCY CLERK 215 DEAN A. MCGEE AVE. OKLAHOMA CITY, OK 73102 | Clerk of the Courts Costs (includes | 2700-000 | | 220.00 | 17,876.59 |
| *C 09/15/08 | 000106 | First Fidelity Bank PO Box 32282 Oklahoma City OK 73123 | Claim 000001, Payment 109.06748% | | | 1,937.90 | 15,938.69 |
| | | | Claim       1,776.79 | 7100-000 | | | 15,938.69 |
| | | | Interest      161.11 | 7990-000 | | | 15,938.69 |
| C 09/15/08 | 000107 | Mercy Health System 4300 W Memorial Road Oklahoma City OK 73120 | Claim 000002, Payment 109.06666% | | | 339.35 | 15,599.34 |
| | | | Claim        311.14 | 7100-000 | | | 15,599.34 |
| | | | Interest       28.21 | 7990-000 | | | 15,599.34 |
| C 09/15/08 | 000108 | Hyundai Motor Finance Company PO Box 20809 Fountain Valley, CA 92728 | Claim 000003, Payment 109.06774% | | | 11,122.51 | 4,476.83 |
| | | | Claim     10,197.80 | 7100-000 | | | 4,476.83 |
| | | | Interest      924.71 | 7990-000 | | | 4,476.83 |
| C 09/15/08 | 000109 | First Fidelity Bank PO Box 32282 Oklahoma City OK 73123 | Claim 000004, Payment 109.06765% | | | 2,659.56 | 1,817.27 |
| | | | Claim      2,438.45 | 7100-000 | | | 1,817.27 |
| | | | Interest      221.11 | 7990-000 | | | 1,817.27 |
| C 09/15/08 | 000110 | FIA CARD SERVICES 1000 SAMSET DR NEWARK DE 19713 | Claim 000005, Payment 109.06752% | | | 886.13 | 931.14 |
| | | | Claim        812.46 | 7200-000 | | | 931.14 |
| | | | Interest       73.67 | 7990-000 | | | 931.14 |
| *C 09/15/08 | 000111 | HARRY LEE BUTLER BERDINA JANE BUTLER 3112 MARLA LANE EDMOND, OK 73034 | Surplus Funds Paid to Debtor | 8200-000 | | 931.14 | 0.00 |
| *C 10/27/08 | 000106 | First Fidelity Bank PO Box 32282 Oklahoma City OK 73123 | Claim 000001, Payment 109.06748% | | | -1,937.90 | 1,937.90 |

PFORM2T4

Ver: 18.05

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| Case No: | 02-20836 -SAH | Trustee Name: | SUSAN MANCHESTER |
|---|---|---|---|
| Case Name: | BUTLER, HARRY LEE | Bank Name: | BANK OF AMERICA, N.A. |
| | BUTLER, BERDINA JANE | Account Number / CD #: | *******6174 Checking - Non Interest |
| Taxpayer ID No: | *******1075 | | |
| For Period Ending: | 06/22/15 | Blanket Bond (per case limit): | $ 6,496,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Claim ( 1,776.79 ) | 7100-000 | | | 1,937.90 |
| | | | Interest ( 161.11 ) | 7990-000 | | | 1,937.90 |
| *C 10/27/08 | 000111 | HARRY LEE BUTLER BERDINA JANE BUTLER 3112 MARLA LANE EDMOND, OK 73034 | Surplus Funds Paid to Debtor | 8200-000 | | -931.14 | 2,869.04 |
| C 11/12/08 | 000112 | U.S. BANKRUPTCY COURT CLERK 215 DEAN A. MCGEE AVENUE OKLAHOMA CITY, OK 73102 | UNCLAIMED FUNDS Unclaimed Funds paid into Court | 8200-001 | | 2,869.04 | 0.00 |

Account *******6174

| | | | | |
|---|---|---|---|---|
| Balance Forward | 0.00 | 14 Checks | 79,112.03 |
| 0 Deposits | 0.00 | 0 Adjustments Out | 0.00 |
| 0 Interest Postings | 0.00 | 1 Transfers Out | 14,397.83 |
| Subtotal | $ 0.00 | Total | $ 93,509.86 |
| 0 Adjustments In | 0.00 | | |
| 2 Transfers In | 93,509.86 | | |
| Total | $ 93,509.86 | | |

Report Totals

| | | | | |
|---|---|---|---|---|
| Balance Forward | 0.00 | 19 Checks | 81,146.57 |
| 2 Deposits | 80,519.10 | 0 Adjustments Out | 0.00 |
| 11 Interest Postings | 627.47 | 3 Transfers Out | 107,907.69 |
| Subtotal | $ 81,146.57 | Total | $ 189,054.26 |
| 0 Adjustments In | 0.00 | | |
| 3 Transfers In | 107,907.69 | | |
| Total | $ 189,054.26 | Net Total Balance | $ 0.00 |

Trustee's Signature: /s/ SUSAN MANCHESTER   Date: 06/22/15
SUSAN MANCHESTER

PFORM2T4

Ver: 18.05