| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**WESTERN DISTRICT OF OKLAHOMA** | **FILED**<br>Jun. 23, 2015<br>Grant E. Price , Clerk<br>U.S. Bankruptcy Court<br>Western District of Oklahoma |

**IN RE:**

**Harry Lee Butler**  
**Berdina Jane Butler**

**BK. NO. 02–20836 – SAH**

**CHAPTER 7**

**DEBTOR(s).**

## NOTICE OF HEARING

( F.R.Bankr.P. 9014)

Interested parties are notified that the request of **Brian J. Dilks, Managing Member, First Fidelity Bank, NA** for **Application for Order Directing Payment of Funds to Creditor/Claimant Pursuant to 11 U.S.C. Section 347 and 28 US.C. Sections 2041 et seq (Doc 63) and Response and Comment (Doc 66) filed by Charles E. Snyder, Attorney for the United States Trustee** will be heard by Judge Sarah A. Hall in the United States Bankruptcy Court for the Western District of Oklahoma sitting in Oklahoma City on **7/22/15** at **09:30 AM** in **9th Floor Courtroom, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102.**

If determination of the issues requires finding of facts, evidence may be offered as provided by the Federal Rules of Bankruptcy Procedure and the Federal Rules of Evidence or, if such is the case, the parties may stipulate to the relevant facts. If the request is contained in a motion it may be heard on affidavits presented by the respective parties as provided by Rule 9017 F.R.Bankr.P. which adopts Rule 43(e) F.R.Civ.P. Accordingly, the parties are reminded of the provisions of Rules 9014 which adopts Rule 7026 F.R.Bankr.P. providing for the exchange of documentary evidence and disclosure of proposed witnesses prior to the hearing.

Parties are further reminded that Local Rule 9014 requires any party intending to offer evidence or testimony at a hearing to file an appropriate notice as provided for in that local rule and are reminded that they must comply with all other provisions of Local Rule 9014.

DATED: **6/23/15**

BY ORDER OF THE COURT,  
Grant E. Price  
By: /s/Denise Calvert  
DENISE CALVERT, DEPUTY